**UNITED STATES of America,**
**Appellee,**

v.

**Claudia GARCIA, also known as**
**Claudia Zachhi, Defendant–**
**Appellant.**

**No. 05–6820–cr.**

United States Court of Appeals,
Second Circuit.

Sept. 19, 2007.

Harry A. Chernoff, Harry Sandick, Assistant United States Attorneys, for Michael J. Garcia, United States Attorney for the Southern District of New York, for Appellee.

Daniel Nobel, New York, NY, for Defendant–Appellant.

PRESENT: Hon. WALKER, Hon. GUIDO CALABRESI and Hon. ROBERT D. SACK, Circuit Judges.

### SUMMARY ORDER

Defendant–Appellant Claudia Garcia, who was convicted in the United States District Court for the Southern District of New York (Patterson, *J.* ) of participation in a narcotics conspiracy, appeals her sentence of 168 months in prison. We assume the parties' familiarity with the facts and procedural history of the case.

Appellant asserts that the use of acquitted conduct as a sentencing enhancement violates the Sixth Amendment and due process of law. We have held otherwise. *United States v. Vaughn,* 430 F.3d 518, 525–27 (2d Cir.2005).

Accordingly, the judgment of the district court is AFFIRMED.